THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD LEE ROBINSON, Appellant.—

560

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.